66 So.2d 194

**James PATTERSON v. STATE.**

**4 Div. 748.**

Supreme Court of Alabama.

June 18, 1953.

C. L. Rowe, Elba, for petitioner.

Si Garrett, Atty. Gen., opposed.

STAKELY, Justice.

Petition of James Patterson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Patterson v. State, Ala. App., 66 So.2d 191.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.